THE STATE EX REL. TIMSON, APPELLANT, *v.* MILLER, JUDGE, ET AL., APPELLEES.

[Cite as *State ex rel. Timson v. Miller* (1993), 67 Ohio St.3d 240.]

(No. 93–1034—Submitted July 28, 1993—Decided September 8, 1993.)

*John W. Timson, pro se.*

*Michael Miller,* Franklin County Prosecuting Attorney, and *Scott T. Zalenski,* Assistant Prosecuting Attorney, for appellees.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., not participating.